■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM REYNOLDS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Westchester County, rendered February 17, 1978, upon his adjudication as a youthful offender. Judgment affirmed. Upon review of the instant record, we find that the trial court properly denied the defendant's motion to suppress, without a hearing. In an affirmation submitted in support of the motion, defense counsel averred only that "defendant may have been interrogated by detectives in a manner calculated to deprive the defendant of his constitutional rights". Since this conclusory statement was not supported by any allegations of fact, summary denial of the application was appropriate (see CPL 710.60, subd 3; *People v Roberto H.,* 67 AD2d 549). Under the circumstances, we do not reach the question of whether defendant waived his right to seek review of the denial of the suppression motion. Shapiro, J. P., Cohalan, Margett and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN ROBINSON, Also Known as ALLAN ROBERTSON, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered November 30, 1977, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law, and new trial ordered. The Trial Judge's antagonistic attitude toward, and disparagement of, defense counsel and the Judge's undue participation during the course of the trial require that the judgment be reversed and a new trial had (see *People v De Jesus,* 42 NY2d 519; *People v Harrison,* 51 AD2d 589; *People v Richburg,* 47 AD2d 909). Notwithstanding any provocations or pressures which may arise during a trial, a defendant's entitlement to a fair trial and the effective assistance of counsel must be scrupulously safeguarded. A reversal is required despite the strong evidence of guilt adduced at the trial (see *People v Mees,* 47 NY2d 997). O'Connor, J. P., Rabin, Gulotta and Shapiro, JJ., concur.